CP–36–CR–0002539–1997
(Lancaster)

Affirmed

COM.

v.

NICHOLL, A., Jr.

241 MDA 2017

Superior Court of Pennsylvania.

09/19/2017

CP–28–CR–0000311–2016 (Franklin)

Affirmed

COM.

v.

PAGAN, M.

287 MDA 2017

Superior Court of Pennsylvania.

09/19/2017

CP–36–CR–0001452–2012 (Lancaster)

Affirmed

COM.

v.

HARNER, J.

295 MDA 2017

Superior Court of Pennsylvania.

09/19/2017

CP–40–SA–0000338–2016 (Luzerne)

Affirmed

COM.

v.

BRAXTON, T.

296 MDA 2017

Superior Court of Pennsylvania.

09/19/2017

CP–35–CR–0000785–2007 (Lackawanna)

Vacated/Remanded

Y.V.K.

v.

V.S.K.

540 MDA 2017

Superior Court of Pennsylvania.

09/19/2017

384 S 2016 (Cumberland)

Affirmed

